```
THERESA M. MARCHLEWSKI, ESQ., SBN 82429
RICHARD B. DAVIS, ESQ., SBN 89306
OFFICE OF THE GENERAL COUNSEL
9200 OAKDALE AVENUE, SEVENTH FLOOR
MAIL STOP N110701
CHATSWORTH, CALIFORNIA 91311
Telephone: (818) 775-2636
Facsimile: (818) 349-2734
Email:     theresa.marchlewski@wamu.net
           richard.davis@wamu.net


Attorneys for Defendant,
WASHINGTON MUTUAL, INC
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENISE BOWEN,<br><br>          Plaintiff,<br><br>vs.<br><br>ADECCO, INC., WASHINGTON MUTUAL, INC., and DOES 1 TO 50,<br><br>          Defendants. | **CASE NO.** 06-01485 MCE (PAN)<br><br>STIPULATION AND ORDER FOR SUBSTITION OF PARTY AND TO REMAND |

WHEREAS, the parties agree that Washington Mutual Inc. is not a proper defendant in this action and was not involved in the events set forth in the complaint;

WHEREAS, the parties agree that the proper "Washington Mutual" defendant is Washington Mutual Bank and that Washington Mutual Bank is a necessary party for a just adjudication;

WHEREAS, it is appropriate that Washington Mutual Bank be substituted in as a defendant in place and instead of Washington Mutual Inc.; and

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

1    WHEREAS, Washington Mutual Bank is a federal association,
2 and as such it's substitution in as a defendant will destroy
3 diversity;
4 IT IS HEREBY STIPULATED that:
5    1.   Washington Mutual Bank shall be substituted in as
6 defendant in place and instead of Washington Mutual Inc.;
7    2.   Upon such substitution, this matter shall be remanded
8 to the state court for all further proceedings.

9 Dated:  September ___, 2006        GEORGE H. CUNNINGHAM, ESQ.
                                     LAW OFFICES OF GEORGE H.
10                                   CUNNINHAM

11

12                                   By: _____
                                         GEORGE H. CUNNINGHAM, ESQ.
13                                       Attorney for Plaintiff

14                                   OFFICE OF THE GENERAL COUNSEL
15 Dated: September ___, 2006

16                                   By: _____
                                         THERESA M. MARCHLEWSKI, ESQ.
17                                       Attorney for Defendant
                                         Washington Mutual, Inc.
18
                                     BOWLES & VERNA LLP
19 Dated:  September ___, 2006

20                                   By: _____
21                                       MARY P. SULLIVAN, ESQ.
                                         Attorney for Defendant
22                                       Adecco, Inc.

23    GOOD CAUSE APPEARING THEREFORE,
24    IT IS HEREBY ORDERED THAT:
25
26    1. Washington Mutual Bank shall be substituted in as
defendant in place and instead of Washington Mutual Inc.;
27
28
192027                              2
STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY AND REMAND

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

PDF created with pdfFactory trial version www.pdffactory.com

1     2. Upon such substitution, this matter shall be remanded to
2  the state court for all further proceedings.
3  DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

192027                                  3
STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY AND REMAND

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9200 Oakdale Avenue, 7th Floor, Mail Stop N110701, Chatsworth, California 91311.

On September 13, 2006 I served the foregoing documents described as STIPULATION AND ORDER FOR SUBSTITION OF PARTY AND TO REMAND on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Chatsworth, California, addressed as follows:

**SEE ATTACHED SERVICE LIST**

**T**   (By Mail – Federal)  I placed such envelope with postage thereon fully prepaid in the United States mail at Chatsworth, California.

£   (By Facsimile)  On _____, I caused a true and correct copy of the aforementioned document to be transmitted from a facsimile machine whose telephone number is (818) 349-2734 to the foregoing parties whose facsimile telephone numbers are listed below.  A true and correct copy of said transmission report is attached hereto and incorporated herein by this reference.

£   (By Personal Service)  I caused such envelope to be delivered by hand to the addressee(s).

£ (By Electronic Transmission) I caused a true and correct copy of the aforementioned document to be transmitted to each of the parties at the electronic notification address last given by said parties on any document which he or she has filed in this action and served upon this office.

**T**   Executed on September 13, 2006 at Chatsworth, California.

**T**   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stacey Elliott

192027                                                                 4

STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY AND REMAND

PDF created with pdfFactory trial version www.pdffactory.com

OFFICE OF THE GENERAL COUNSEL
9200 Oakdale Avenue, 7th Floor
Mail Stop N110701
Chatsworth, California 91311

**SERVICE LIST**
*Bowen v. Adecco, et al.*
*U.S.D.C. Case No.: 06-01485*

George H. Cunningham, Esq.
Attorney at Law
7801 North Pershing Avenue
Stockton, CA 95207
Telephone:  (209) 478-3303
Facsimile:  (209) 478-3352
Attorney for Plaintiff

Mary P. Sullivan
Bowles & Verna LLP
2121 N. California Boulevard
Suite 875
Walnut Creek, CA 94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email: msullivan@bowlesverna.com

192027                              5

STIPULATION AND ORDER FOR SUBSTITUTION OF PARTY AND REMAND

PDF created with pdfFactory trial version www.pdffactory.com