UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

                              NO. CIV. S-06-01486 LKK/DAD

       Plaintiff,

    v.                              O R D E R

ALBERTSON'S, INC. et al.,

       Defendants.

                               /

On July 23, 2007 a telephonic conference was held with both parties. At that conference, the court ORDERED as follows:

    1.  The discovery deadline is CONTINUED to December 10, 2007.

    2.  The law and motion cut-off date is CONTINUED to February 10, 2008.

    3.  The pretrial conference is hereby CONTINUED to May 12, 2008 at 1:30 p.m.

    4.  Trial is SET for August 12, 2008. Trial is expected to last two (2) days and will be a court trial.

IT IS SO ORDERED.

DATED: July 23, 2007.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT